IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Donnie McKelvey,

      Plaintiff,

v.                            Case No:

Soo Line Railroad Company
d/b/a Canadian Pacific,

      Defendant.

**DEFENDANT'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Soo Line Railroad Company d/b/a Canadian Pacific, states as follows:

Soo Line Railroad Company d/b/a Canadian Pacific is incorporated in the State of Minnesota. It is an indirect wholly-owned subsidiary of Canadian Pacific Railway Limited, a Canadian corporation, which is publicly traded on the New York and Toronto Stock Exchanges.

Dated: November 25, 2020.

/s/ *[signature]*
John Galarnyk (#6191543)
Andrew J. Cunniff, (#6308820)
John A. Romanucci (#6333257)
**GALARNYK & ASSOCIATES LTD.**
55 W Monroe St. Suite. 3600
Chicago, IL 60603
Telephone: 312.441.5800
john@galarnykltd.com
andrew@galarnykltd.com
johnr@ galarnykltd.com

163328271.1

Tracey Holmes Donesky (MN #302727)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
tracey.donesky@stinson.com
*pro hac vice  motions pending*
**ATTORNEYS FOR DEFENDANT**